UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: 19-02462/ hb |
| | CHAPTER: 13 |
| **John Edward Jacobus, Jr.** | |
| | ORDER DIRECTING FUNDS |
| DEBTOR(S) | |

An Order authorizing sale of asset was issued May 14, 2021.

The debtor received $54,875.00 pursuant to the real estate exemption at closing. Debtor's plan is confirmed conduit and the only secured creditor is Wells Fargo Bank. No unsecured claims have been filed in this case. Therefore, all funds in excess of the debtor's exemption were paid to the Chapter 13 Trustee, Gretchen D. Holland.

The Chapter 13 Trustee shall use as much of the funds as needed to pay all remaining allowed claims (after collecting the statutory percentage fee); and any excess funds after that will be refunded to the debtor.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**06/03/2021**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 06/03/2021

I SO MOVE AND CONSENT:

/s/ Jason T. Moss
Moss & Associates, Attorneys, P.A.
816 Elmwood Avenue
Columbia SC 29201
District Court I.D. # 7240

No Objection:

/s/ Gretchen D. Holland

Gretchen D. Holland
Ch. 13 Trustee Office
20 Roper Corners Circle, Suite C
Greenville, SC 29615
864-242-0314